UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| TIMOTHY G. HARVEY,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | Civil No. C12-5769-JLR-MAT<br><br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Unopposed Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including January 30, 2013, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including February 13, 2013, to file a reply brief.

DATED this <u>3rd</u> day of January, 2013.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1    ORDER - [C12-5769-JLR-MAT]

Presented by:

s/ Willy M. Le
WILLY M. LE
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2680
Fax:  (206) 615-2531
willy.le@ssa.gov